UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANNA KRISHNAPPA; REBECCA                     :
MCCORMACK; ALBERT MILLER; WILLIAM            :
MORIARTY; DIANA O'NEILL; ALLEN               :
OWENS; ELIZABETH PARSONS;                    :
WILHEMINA PAULIN; ANTONIA                    :
PETERMAN-CLARK; JANE PHILLIPS,               :
                                             :
       Plaintiffs                            :     Civil Action
v.                                           :     No. 04-11157-GAO
                                             :
INDEVUS PHARMACEUTICALS, INC., F/K/A         :
INTERNEURON PHARMACEUTICALS, INC.;           :
WYETH, INC., F/K/A AMERICAN HOME             :
PRODUCTS CORPORATION; WYETH                  :
PHARMACEUTICALS, INC F/K/A WYETH-            :
AYERST PHARMACEUTICALS, INC., A              :
DIVISION OF AMERICAN HOME PRODUCTS           :
CORPORATION; AND BOEHRINGER                  :
INGELHEIM PHARMACEUTICALS, INC.,             :
                                             :
       Defendants                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 22, 2004                    Respectfully submitted,
       Boston, Massachusetts

                                         /s/Matthew J. Matule
                                         Matthew J. Matule (BBO #632075)
                                         SKADDEN, ARPS, SLATE,
Of Counsel:                                MEAGHER & FLOM LLP
Barbara Wrubel                           One Beacon Street
Katherine Armstrong                      Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                    (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                           Counsel for Defendant
                                         Boehringer Ingelheim Pharmaceuticals, Inc.